# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# WICHITA FALLS DIVISION

| | |
|---|---|
| LUZ DE AMOR EYTALIS, § § Plaintiff, § § v. § § NATIONAL ASSOCIATION OF § REALTORS, TEXAS ASSOCIATION OF § REALTORS, WICHITA FALLS § ASSOCIATION OF REALTORS, § PARAGON MLS CONNECT, § § Defendants. § | Civil Action No. 7:24-cv-00147-O-BP |

**DEFENDANTS NATIONAL ASSOCIATION OF REALTORS®, TEXAS ASSOCIATION OF REALTORS®, AND WICHITA FALLS ASSOCIATION OF REALTORS®' MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendants National Association of REALTORS®, Texas Association of REALTORS®, and Wichita Falls Association of REALTORS® file this Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 11) ("Complaint") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure because the Complaint fails to state a claim upon which relief can be granted against Defendants.

WHITE & CASE LLP

*/s/ Sean Gorman*
Sean Gorman
Texas Bar No. 08218100

609 Main St., Suite 2900
Houston, TX 77002
Tel: (713) 496-9700
Fax: (713) 496-9701
sean.gorman@whitecase.com

*Counsel for Defendants National
Association of REALTORS® and
Wichita Falls Association of REALTORS®*

HUSCH BLACKWELL

*/s/ Chalon N. Clark*
Chalon N. Clark
Texas Bar No. 24050045

1900 N. Pearl Street, Suite 1800
Dallas, TX 75201
Tel: (214) 999-6100
Fax: (214) 999-6170
chalon.clark@huschblackwell.com

*Counsel for Defendant Texas
Association of REALTORS®*

**CERTIFICATE OF SERVICE**

I certify that on December 18, 2024, *National Association of REALTORS®, Texas Association of REALTORS®, and Wichita Falls Association of REALTORS®' Motion to Dismiss the Amended Complaint* was electronically filed with the Clerk of the Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to pro se Plaintiff. A copy of the Motion was also mailed to pro se Plaintiff at:

Luz de Amor Eytalis
Strategic Realty Services
4200 Fairway Boulevard
Wichita Falls, TX 76308

                                      */s/ Sean Gorman*
                                      Sean Gorman