# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

_____  §
       *Plaintiff*               §
                                 §
                                 §
                                 §
       v.                        §  Case No. _____
                                 §
                                 §
                                 §
_____  §
       *Defendant*               §

## APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

_____, with offices at

_____
(Street Address)

_____   _____   _____
(City)                               (State)          (Zip Code)

_____   _____
(Telephone No.)                      (Fax No.)


**II.**   Applicant will sign all filings with the name _____.


**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____, where Applicant regularly practices law.

Bar license number: _____    Admission date: _____

For Court Use Only.
Bar StatusVerified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

_____       _____

_____       _____

_____       _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

_____, who has offices at

_____
(Street Address)

_____   _____   _____
(City)                                     (State)           (Zip Code)

_____   _____
(Telephone No.)                            (Facsimile No.)

**XI.** Check the appropriate box below.

    For Application in a **Civil Case**

        Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

    For Application in a **Criminal Case**

        Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the ___8th___ day of_____, _____.

                                                    _____
                                                  Printed Name of Applicant

                                                  */s/ A. James Spung*
                                                Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

**EXHIBIT A**
**BAR ADMISSIONS FOR A. JAMES SPUNG**

| | | | |
|---|---|---|---|
| Missouri | Bar ID: 70787 | Date Admitted: 11/1/2018 | Active |
| Georgia | Bar ID: 768931 | Date Admitted: 6/26/2014 | Active |
| New York | Bar ID: 5168836 | Date Admitted: 9/25/2013 | Active |
| Tennessee | Bar ID: 040417 | Date Admitted: 11/2/2022 | Active |
| GA Supreme Court | Bar ID: 768931 | Date Admitted: 11/7/2014 | Active |
| Colorado | Bar ID: 59619 | Date Admitted: 11/9/2023 | Active |
| USDC Colorado | Bar ID: 59619 | Date Admitted: 1/6/2023 | Active |
| USDC ND GA | Bar ID: 768931 | Date Admitted: 6/26/2014 | Active |
| USDC ED MO | Bar ID: 70787MO | Date Admitted: 1/24/2019 | Active |
| 3rd Circuit Court of Appeals | n/a | Date Admitted: 3/8/2023 | Active |
| USCOA, DC Cir. | 62593 | Date Admitted: 8/27/2020 | Active |
| 10th Circuit Court of Appeals | n/a | Date Admitted: 10/8/2024 | Active |
| | | | |