IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **LUZ DE AMOR EYTALIS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | No. 7:24-cv-00147-O-BP |
| § | |
| **NATIONAL ASSOCIATION** § | |
| **OF REALTORS,** *et al.*, § | |
| § | |
| **Defendants.** § | |

# ORDER

On November 25, 2024, *pro se* plaintiff Luz De Amor Eytalis filed her complaint. ECF No. 1. Because she paid the filing fee, Plaintiff was responsible for serving the defendants with a summons and a copy of the complaint in this case as provided by Rule 4(i) of the Federal Rules of Civil Procedure before February 23, 2025. On November 26, 2024, the Court ordered Plaintiff to serve Defendants within ninety days as provided in the Rules. ECF No 6. The Court noted that if she did not serve Defendants within ninety days after the filing of the Complaint, the action would be subject to dismissal without prejudice. *See* Fed. R. Civ. P. 4(m). On December 16, 2024, Plaintiff filed a motion to amend her Complaint "to substitute Wichita Falls Association of Realtors MLS ("WFMLS") for Paragon MLS Connect (MLS) as a defendant in this matter." ECF No. 19. On January 7, 2025 the Court granted this Motion. ECF No. 35. The docket sheet does not reflect that Plaintiff has ever served defendant WFMLS with the most recent amended complaint (ECF No. 51) by the 90-day deadline.

The undersigned now *sua sponte* extends the deadline for Plaintiff to serve defendant WFMLS. Accordingly, Plaintiff shall serve WFMLS with a summons and copy of the Third Amended Complaint **on or before March 11, 2025.** <u>If Plaintiff does not serve Defendant with process by the deadline, the undersigned will recommend that the Court dismiss Plaintiff's claims against WFMLS without prejudice under Federal Rule of Civil Procedure 4(c).</u>

It is so **ORDERED** on February 25, 2025.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE