IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| LUZ DE AMOR EYTALIS, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 7:24-cv-00147-O-BP |
| § | |
| NATIONAL ASSOCIATION § | |
| OF REALTORS, *et al.*, § | |
| § | |
| Defendants. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. *See* ECF No. 73. Plaintiff filed an objection. *See* ECF No. 74. The Court has conducted a de novo review of those portions of the proposed findings and recommendation to which an objection was made. The Court concludes that the Findings, Conclusions, and Recommendation in this case (ECF No. 73) should be and are hereby **ACCEPTED**, and Plaintiff's objection is hereby **OVERRULED**.

Accordingly, it is **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**. Plaintiff's claims under Sherman Act and Clayton Act are **DISMISSED**. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED** on **22nd day** of **July, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE