IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| **LUZ DE AMOR EYTALIS,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | No. 7:24-cv-00147-O-BP |
| § | |
| **NATIONAL ASSOCIATION** § | |
| **OF REALTORS,** *et al.***,** § | |
| § | |
| **Defendants.** § | |

# FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff's claims under the Sherman Act and Clayton Act are **DISMISSED**.

2. Plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

3. The taxable costs of court, as calculated by the clerk of court, shall be borne by Plaintiff.

4. The clerk shall transmit a true copy of this Judgment, together with a true copy of the Order accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge to the parties.

**SO ORDERED** on this **22nd day** of **July, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE